FORM ordass7

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Gainesville Division

---

In Re:  Trachtenberg Enterprise Group, Inc.            Bankruptcy Case No.:   07–10137–LMK
      aka Quartz Concepts, aka Trachtenberg Enterprises, dba
      Quartz Solutions, Inc, dba Intu, dba Surfaces Unlimited
      Tax ID: 27–0000636
       Debtor

                                                                                          Chapter:  7
                                                                                           Judge:  Lewis M. Killian Jr.

---

### *ORDER APPROVING ACCOUNT, DISCHARGING TRUSTEE, AND RELEASING BOND*

     It appearing to the Court that Theresa M. Bender , the Trustee in said cause has reduced the property and effects of the said debtor's estate to cash; that the said Trustee has made distribution thereof as required by the order of this Court and has rendered a full and complete account thereof, and that said Trustee has performed all other and further duties required of him in the administration of said estate;

     It is ordered that the accounts of said Trustee be and they hereby are approved and allowed; that the Trustee be and he hereby is discharged and relieved of his trust; and that the bond of the said Trustee be and it hereby is canceled and that the surety or sureties thereon be and they hereby are released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

     ***DONE AND ORDERED*** at Tallahassee, Florida, January 4, 2010 .

                                                                             /s/ Lewis M. Killian Jr.
                                                                             Lewis M. Killian Jr.
                                                                             U.S. Bankruptcy Judge

Service to:
    Debtor
    Debtor(s) Attorney
    Chapter 7 Trustee
    U.S. Trustee